UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-31179 |
|---|---|
| HENRY LAWRENCE | (Chapter 13) |
| CARLA J. LAWRENCE | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4088496**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 18 | GREAT/FLEET CREDIT CARD SVC<br>NCO FINANCIAL SYSTEMS INC<br>BOX 41567<br>PHILADELPHIA, PA  19101 | 908.04 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/11/2011

Certificate of Service 08-31179

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

HENRY LAWRENCE
CARLA J. LAWRENCE
279 Cusnick Avenue
Brookville, OH  45309

KRISTIN RADWANICK
3131 S DIXIE DR
STE 400A
MORAINE, OH  45439

(28.1n)
ASCENSION CAPITAL GROUP INC
ATTN CAPITAL ONE AUTO FINANCE
BOX 201347
ARLINGTON, TX  76006

(26.1n)
BUCHALTER NEMER
ATTN RESIDENTIAL BANKRUPTCY GR
18400 VON KARMAN AVE SUITE 800
IRVINE, CA  92612

(18.1)
GREAT/FLEET CREDIT CARD SVC
NCO FINANCIAL SYSTEMS INC
BOX 41567
PHILADELPHIA, PA  19101

(18.3)
NCO FINANCIAL SYSTEMS INC
1804 WASHINGTON BLVD
DEPARTMENT 500
BALTIMORE, MD  21230

(27.1n)
RECOVERY MGT SYS CORP
ATTN RAMESH SINGH BK SPECIALIS
25 SE 2ND AVE STE 1120
MIAMI, FL  33131

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv